## STANLEY DABROWSKI *v.* STARCO OF NEW BRITAIN, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 907 (AC 21625), is denied.

*Neil Johnson*, in support of the petition.

Decided March 6, 2002

## STATE OF CONNECTICUT *v.* RONALD VUMBACK, JR.

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 313 (AC 21133), is granted, limited to the following issue:

"On the facts of this case, did the Appellate Court improperly affirm the trial court's denial of the defendant's motion for a bill of particulars?"

The Supreme Court docket number is SC 16696.

*Hugh F. Keefe* and *Timothy P. Pothin*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 6, 2002

## ANNE MARIE MURILLO ET AL. *v.* GRIFFIN HOSPITAL

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 22446) is denied.

*Ian A. Cole*, in support of the petition.

*Daniel S. Ratner*, in opposition.

Decided March 6, 2002